# EXHIBIT B



The Library has opened access to some reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.

[Help] [Search] [History] [Titles] [Start Over]

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = Vau001192067
Search Results: Displaying 1 of 1 entries

[previous] [next]



*Miles Davis photos all jpgs 1970 1971.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001192067 / 2014-11-20 |
| **Application Title:** | Miles Davis photos all jpgs 1970 1971. |
| **Title:** | Miles Davis photos all jpgs 1970 1971. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | GLEN ROBERT CRAIG, 1949- . Address: 30-60 CRESCENT STREET, APT 2C, ASTORIA, NY, 11102, United States. |
| **Date of Creation:** | 1970 |
| **Authorship on Application:** | GLEN ROBERT CRAIG, 1949- ; Domicile: United States; Citizenship: United States. Authorship: photograph(s) |
| **Rights and Permissions:** | GLEN ROBERT CRAIG, (718) 278-2683, (917) 309-6761, glencraig@rcn.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | CRAIG, GLEN ROBERT, 1949- |



[previous] [next]

**Save, Print and Email ([Help Page](#))**

| Select Download Format | Full Record ▾ | Format for Print/Save |

Enter your email address: [_____] [Email]

---

[Help](#)   [Search](#)   [History](#)   [Titles](#)   [Start Over](#)

---

[Contact Us](#) | [Request Copies](#) | [Get a Search Estimate](#) | [Frequently Asked Questions (FAQs) about Copyright](#) | [Copyright Office Home Page](#) | [Library of Congress Home Page](#)