# EXHIBIT D





