# EXHIBIT E



The Library has opened access to some reading rooms by appointment only. **More**. The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VAu001159683
Search Results: Displaying 1 of 1 entries

### *B.B.KING UNPUBLISHED PHOTOS 1969.*

**Type of Work:** Visual Material
**Registration Number / Date:** VAu001159683 / 2014-03-18
**Application Title:** B.B.KING UNPUBLISHED PHOTOS 1969.
**Title:** B.B.KING UNPUBLISHED PHOTOS 1969.
**Description:** Electronic file (eService)
**Copyright Claimant:** glen robert craig, 1949- . Address: 30-60 crescent street, 2c, astoria, NY, 11102, United States.
**Date of Creation:** 1969
**Authorship on Application:** glen robert craig, 1949- ; Citizenship: United States. Authorship: photograph(s)
**Rights and Permissions:** GLEN ROBERT CRAIG, 30-60 crescent street, 2c, astoria, NY, United States, (718) 278-2683, (917) 309-5751, glencraig@rcn.com
**Names:** craig, glen robert, 1949-

**Save, Print and Email (Help Page)**

| Select Download Format | Full Record ⇅ | Format for Print/Save |
| Enter your email address: | | Email |

**Help** | **Search** | **History** | **Titles** | **Start Over**

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page