# EXHIBIT G

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 1:16-cv-05439-JPO

-----------------------------------)

GLEN CRAIG,

        Plaintiff,

   vs.

UNIVERSAL MUSIC GROUP, INC.,

KINGSID VENTURES, LTD., and ESTATE

OF RILEY B. KING,

        Defendants.

-----------------------------------)


      DEPOSITION OF GLEN CRAIG

        New York, New York

         March 17, 2017


Reported by:

Linda Salzman, RPR

Job No. 18403

Page 2

```
 1
 2                    March 17, 2017
 3                    10:30 a.m.
 4
 5         Deposition of GLEN CRAIG, the
 6    Plaintiff herein, held at the
 7    offices of LOEB & LOEB, LLP, 345
 8    Park Avenue, New York, New York,
 9    pursuant to Notice, before Linda
10    Salzman, a Notary Public of the
11    State of New York.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2   A P P E A R A N C E S:
 3
 4   On Behalf of Plaintiff:
 5        LIEBOWITZ LAW FIRM, PLLC
 6        11 Sunrise Plaza, Suite 305
 7        Valley Stream, New York 11580
 8        (516) 233-1660
 9        BY:  KATE TSYVKIN, ESQ.
10             kt@liebowitzlawfirm.com
11             RICHARD LIEBOWITZ, ESQ.
12             rl@liebowitzlawfirm.com
13
14   On Behalf of Defendants:
15        LOEB & LOEB LLP
16        345 Park Avenue
17        New York, New York 10154
18        (212) 407-4953
19        BY:  LINNA CHEN, ESQ.
20             lchen@loeb.com
21
22   Also Present:
23        CARLA MILLER, ESQ.
24        Universal Music Group
25
```

```
 1                G. Craig
 2      Q.   You said you quit working for
 3   Mr. Bernstein?
 4      A.   Uh-huh.
 5      Q.   When was that?
 6      A.   '70, something.
 7      Q.   After you quit, did you continue
 8   to have a relationship with Mr. Bernstein?
 9      A.   Oh, yeah.  Until he died.
10      Q.   Was it a business or personal
11   relationship?
12      A.   Father/son relationship.  He
13   knew my dad.
14      Q.   So you two were very close?
15      A.   Yes.
16           MS. CHEN:  Let's mark this 3,
17      and then 3A, 3B, 3C.
18           (Craig Exhibit 3, Photograph,
19      marked for identification, as of this
20      date.)
21           (Craig Exhibit 3A, Photograph,
22      marked for identification, as of this
23      date.)
24           (Craig Exhibit 3B, Photograph,
25      marked for identification, as of this
```

Page 152

```
 1                G. Craig
 2      date.)
 3           (Craig Exhibit 3C, Photograph,
 4      marked for identification, as of this
 5      date.)
 6   BY MS. CHEN:
 7      Q.    So I just gave you a document
 8   marked Exhibit Craig 3, 3A through 3C.  I
 9   will represent to you this was Exhibit A
10   that was attached to the Complaint filed
11   in this action.
12      A.    Yes.
13      Q.    Did you take photographs, 3A
14   through 3C?
15      A.    First one, 3A, the answer is
16   yes.
17            3B, yes.
18            And 3C, yes.
19      Q.    Did you take them at the same
20   event?
21      A.    That I beg to say.  Maybe yes,
22   maybe no.
23      Q.    You're not sure?
24      A.    No.
25      Q.    Why not?
```

```
 1                G. Craig
 2      A.    Do you remember 45 years ago
 3  what you were doing at what hour?
 4      Q.    I'm the one asking questions.
 5      A.    Well, I'm asking you that
 6  question.
 7      Q.    I'm under no obligation to
 8  answer.
 9      A.    Okay.
10      Q.    If that's your answer that's
11  fine.
12      A.    That's the answer.  No.
13      Q.    When did you take the first
14  photograph 3A?
15      A.    During the period probably 1969
16  to 1970.
17      Q.    When did you take 3B?
18      A.    Same thing.
19      Q.    3C?
20      A.    Same thing.
21      Q.    What makes you say that these
22  three photographs were taken around that
23  time?
24      A.    How?
25      Q.    Yeah.
```

```
 1                G. Craig
 2   photographs do not appear, but the layout
 3   in the middle was generously taken and put
 4   into this book.
 5            MS. CHEN:  Off the record.
 6            (Thereupon, a recess was taken,
 7       and then the proceedings continued as
 8       follows:)
 9   By MS. CHEN:
10       Q.    So you explained that 3B and 3C,
11   you saw those in the tour book?
12       A.    Yes.
13       Q.    Was 3A in the tour book as well?
14       A.    Yes.
15       Q.    So is this exhibit a scan that
16   you took from the tour book?
17       A.    No.
18       Q.    No.
19       A.    This is my actual from the
20   prints.  This one?
21       Q.    Yes.
22       A.    Yeah.
23       Q.    So this is a copy of a print of
24   the photograph that you took?
25       A.    Yes.
```

```
 1                    G. Craig
 2   would have asked other people to see your
 3   photographs of Mr. King?
 4       A.    I would suspect so.
 5       Q.    Why do you say that?
 6       A.    Well, based, it's only on theory
 7   and deduction, that I put together, again,
 8   maybe it's irrational thinking, but gee,
 9   Ruby Mazur is at Changes Magazine during
10   that time period.
11                 That book or books that we found
12   that were published were approximately in
13   1971 that book was published.  How did
14   those pictures wind up from Changes
15   Magazine, which you just saw is the
16   layout, into that book?  Explain that.
17       Q.    Well, I'm focusing on the three
18   photographs at issue which are not in the
19   layout.
20       A.    Yes.
21       Q.    You said you only gave working
22   prints of those three pictures to Changes
23   Magazine, correct?
24       A.    I told you we gave them
25   approximately 50, 60 pictures.
```

Page 213

```
 1                  G. Craig
 2      Q.    So you gave a working print of
 3   3A, 3B and 3C to Changes Magazine?
 4      A.    Yes.
 5      Q.    Is that the only time where you
 6   gave any print or any copy of any print of
 7   3A, 3B and 3C to anybody?
 8      A.    Correct.
 9      Q.    How many prints did you make of
10   3A at that time?
11      A.    Because of the darkness to them,
12   probably a little bit lighter version so
13   you could see the shadows and so forth and
14   a darker version.
15      Q.    So you have a lighter and a
16   darker version of 3A?
17      A.    Yeah.
18      Q.    And you still have those two in
19   your possession, those two prints?
20      A.    No.
21      Q.    Where did they go?
22      A.    That's what we're asking.  Where
23   do they go?
24      Q.    For 3B, how many prints did you
25   make of that?
```

```
 1
 2      --------------- EXHIBITS ----------------
 3      CRAIG                                  FOR ID.
 4      Exhibit 1    Document                      16
 5      Exhibit 2    Request for documents         45
 6      Exhibit 3    Photograph                   151
 7      Exhibit 3A   Photograph                   151
 8      Exhibit 3B   Photograph                   151
 9      Exhibit 3C   Photograph                   152
10      Exhibit 4    E-mail, Bates stamped
11                   UMG000259 through 266        195
12      Exhibit 5    B.B. King Live in Japan
13                   CD                           217
14      Exhibit 6    E-mail chain, Bates
15                   stamped GC00019 through
16                   GC00026                      236
17      Exhibit 7    E-mail and attachments,
18                   Bates stamped UMG0000118
19                   through 121, UMG0000131      258
20      Exhibit 8    E-mail, Bates stamped
21                   UMG0000885                   265
22
23
24
25
```